1

**JODI D. THORP**
California State Bar No. 223663

2

**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900

3

San Diego, California 92101-5008
Telephone:  (619) 234-8467

4

Facsimile:    (619) 687-2666
jodi_thorp@fd.org

5

6

Attorneys for Defendant Mr. Cordova

7

8

UNITED STATES DISTRICT COURT

9

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
11
| UNITED STATES OF AMERICA, | ) | Case No. 07mj8923 |
| | ) | |
12
| Plaintiff, | ) | |
| | ) | |
13
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
14
| VICTOR JOAQUIN CORDOVA, | ) | |
| | ) | |
15
| Defendant. | ) | |
| | ) | |
16

17

Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18

Jodi D. Thorp, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the

19

above-captioned case.

20

Respectfully submitted,

21

22

Dated:  November 15, 2007

    _s/ Jodi D. Thorp_
JODI D. THORP

23

Federal Defenders of San Diego, Inc.
Attorneys for Defendant

24

jodi_thorp@fd.org

25

26

27

28