**JODI D. THORP**
California State Bar No. 223663
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile:   (619) 687-2666
jodi_thorp@fd.org

Attorneys for Mr. Cordova

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 07CR8923 |
|                                      ) |  |
|             Plaintiff,               ) |  |
|                                      ) |  |
| v.                                   ) | PROOF OF SERVICE |
|                                      ) |  |
| VICTOR JOAQUIN CORDOVA,              ) |  |
|                                      ) |  |
|             Defendant.               ) |  |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gca@usdoj.gov

Dated: November 15, 2007              *s/ Jodi D. Thorp*
                                      **JODI D. THORP**
                                      Federal Defenders
                                      225 Broadway, Suite 900
                                      San Diego, CA 92101-5030
                                      (619) 234-8467  (tel)
                                      (619) 687-2666  (fax)
                                      e-mail: jodi_thorp@fd.org