FILED

07 DEC 12 PM 4:49

BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR 3350 BTM |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 8, U.S.C., |
| VICTOR JOAQUIN CORDOVA, | Sec. 1324(a)(1)(A)(ii) – Transportation of Illegal Aliens |
| Defendant. | |

The grand jury charges:

Count 1

On or about November 11, 2007, within the Southern District of California, defendant VICTOR JOAQUIN CORDOVA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gerardo Avina-Angeles, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

//

//

CJB:em:Imperial
12/12/07

## Count 2

On or about November 11, 2007, within the Southern District of California, defendant VICTOR JOAQUIN CORDOVA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Omar Gonzalez-Ayala, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## Count 3

On or about November 11, 2007, within the Southern District of California, defendant VICTOR JOAQUIN CORDOVA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Alberto Ramirez-Delgado, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: December 12, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney