UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>  )<br>vs. )<br>  )<br>VICTOR CORDOBA )<br>  )<br>Defendant(s) )<br>_____ ) | 07CR3350<br>CRIMINAL NO. 07MJ8423<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, <u>William McCurine, Jr.</u>

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (<u>Bond Posted</u> / Case Disposed / Order of Court).

GERARDO AVINA-ANGELES

DATED: DEC 2 0 2007

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by P. DeLaCruz

Deputy Clerk