PS 8
(8/88)

# United States District Court
## for
### SOUTHERN DISTRICT OF CALIFORNIA



FILED
JAN 0 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U. S. A. vs. CORDOVA, VICTOR JOAQUIN                    Docket No. 07CR3350BTM-001

**Petition for Modification on Conditions of Pretrial Release**

Comes now Arturo Montano Pretrial Services Officer presenting an official report upon the conduct of defendant Victor Joaquin Cordova who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the 13th day of November, 2007, under the following conditions:

**General Conditions:** Not commit a federal, state, or local crime during the period of release and make all court appearances.

**Special Conditions:** Restrict travel to Southern District of California; do not enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination both.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant's substance abuse history was unknown at the time bail was set. In a subsequent interview with Pretrial Services, the defendant admitted using marijuana a couple weeks prior to his arrest and cocaine six months prior to his arrest. The defendant and sureties have no opposition to this modification.

PRAYING THAT THE COURT WILL MODIFY THE EXISTING CONDITIONS OF RELEASE AND ORDER THE DEFENDANT TO SUBMIT TO TREATMENT AND/OR TESTING AS SPECIFIED BY PRETRIAL SERVICES FOR DRUGS OR ALCOHOL ABUSE.

ORDER OF COURT

Considered and ordered this 4th day of January, 2008 and ordered filed and made a part of the records in the above case.

_____
Peter C. Lewis, U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 4, 2008

Respectfully,

_____
Arturo Montano, U.S. Pretrial Services Officer

Place    El Centro, California
Date     January 4, 2008