1  Linda A. King, Esq.  SBN. 087138
   LAW OFFICES OF LINDA A. KING & ASSOCIATES
2  2044 First Avenue, Suite 200
   San Diego, California 92101-2079
3  Telephone: (619) 233-8034
   Fax: (619) 233-4516
4
5  Attorney for Material Witnesses

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(Magistrate Judge Moskowitz)**

| | |
|---|---|
| UNITED STATES OF AMERICA; | Magistrate Case No. 07CR3350BTM |
| Plaintiff, | **MOTION FOR MATERIAL WITNESSES' VIDEOTAPED DEPOSITION** |
| vs. | |
| VICTOR CORDOBA, | DATE: January 25, 2008 |
| | TIME: 2:00 pm |
| Defendant. | HON: Barry T. Moskowitz |

TO UNITED STATES ATTORNEY KAREN P. HEWITT OR HER REPRESSENTATIVE, TO ATTORNEY, FEDERAL DEFENDERS FOR DEFENDANT (name of defendant): NOTICE IS HEREBY GIVEN that on January 25, 2008   at  2:00pm, or as soon thereafter as the matter may be heard, in the courtroom of Honorable Moskowitz of this court, located at 940 Front Street, San Diego, California 92101, Material Witnesses Omar Gonzalez-Ayala and Juan Alberto Ramirz-Delgado by and through their attorney of record, Linda A. King, will move the court for an order authorizing the videotaped deposition of the material witnesses.

1

**MOTION FOR MATERIAL WITNESS'S VIDEOTAPED DEPOSITION**

The motion will be made on the ground that there is good cause for the order requested in that the material witnesses know of no sureties in this country who will bond them out of US Marshall's Custody during the pendency of this matter. Neither the interests of justice nor the convenience of the parties and witnesses will be served by requiring the material witnesses to remain in Marshall's Custody until the matter is concluded.

Date: January 8, 2008

                    S/Linda A. King_____
                        Linda A. King
                        Attorney for Material Witness(es)