```
 1  KAREN P. HEWITT
    United States Attorney
 2  PETER J. MAZZA
    Assistant U.S. Attorney
 3  California State Bar No. 239918
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone: (619) 557-5528
    Peter.Mazza@usdoj.gov
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
 8
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  07CR3350-BTM |
| | ) | |
| | ) | DATE:      January 29, 2008 |
| Plaintiff, | ) | TIME:      1:30 p.m. |
| | ) | |
| v. | ) | GOVERNMENT'S NOTICE OF MOTION AND |
| | ) | MOTION FOR RECIPROCAL DISCOVERY |
| | ) | |
| VICTOR JOAQUIN CORDOVA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF MOTION

TO:  Jodi Thorp, Esq., counsel for Defendant, Victor Joaquin Cordova,

PLEASE TAKE NOTICE that on Tuesday, January 29, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Peter J. Mazza, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery.

## MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Peter J. Mazza, Assistant United States Attorney, will hereby move the court for an order granting the Government's Motion for Reciprocal Discovery.

DATED:     January 15, 2008.

                                  Respectfully submitted,
                                  KAREN P. HEWITT
                                  United States Attorney


/s/ Peter J. Mazza
PETER J. MAZZA
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Peter.Mazza@usdoj.gov