**JODI DENISE THORP**
California State Bar No. 223667
427 "C" Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169
Fax: (619) 684-3569
email: jodithorp@thorplawoffice.com

Attorneys for Victor Joaquin Cordova

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3350-BTM |
| ) | |
| Plaintiff, ) | |
| ) | DATE: February 15, 2008 |
| v. ) | |
| ) | TIME: 1:30 p.m. |
| VICTOR JOAQUIN CORDOVA ) | |
| ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Defendant. ) | |
| _____ ) | |

     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

                         U S Attorney CR
                       Efile.dkt.gc2@usdoj.gov

DATED:    January 25, 2008           /s/ Jodi D. Thorp
                                          JODI D. THORP
                                          Attorneys for Mr. Cordova