```
 1  LINDA A. KING State Bar No. 087138
    LAW OFFICES OF LINDA A. KING & ASSOCIATES
 2  2044 First Avenue, #200
    San Diego, CA  92101
 3  (619) 233-8034 FAX (619) 233-4516

 4
    Attorney for Material Witnesses
 5
```



FILED
FEB 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07cr03350-BTM |
| | Mag. Case : 07mj08923-PCL |
| Plaintiff, | |
| vs. | |
| VICTOR JOAQUIN CORDOVA, | ORDER RELEASING MATERIAL WITNESS(ES) |
| Defendant | |

   On application of Linda A. King, attorney for the named material witnesses, OMAR GONZALEZ-AYALA and JUAN ALBERTO RAMIREZ-DELGADO, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above-named witnesses heretofore committed to the custody of the United States Marshall as material witness be released as material witness. The material witness will be remanded to Immigration and Naturalization Service and returned to the country of origin immediately, as the material witnesses video deposition has been completed.

Dated: 2-26-08

_____
UNITED STATES DISTRICT JUDGE