UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 FEB 26 P 5: 09

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>Victor Joaquin Cordova )<br>)<br>Defendant(s) )<br>) | CRIMINAL NO. 07CR3350-BTM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

PETER C. LEWIS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court).)

Omar Gonzalez-Ayala

DATED: 2/26/08

PETER C. LEWIS
───────────────────────────────
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ─────────────────
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by [signature]
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082