**JODI D. THORP**
California Bar No. 223663
427 "C" Street Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169 ext. 14
jodithorp@thorplawoffice.com

Counsel for Mr. Cordova

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3350-BTM |
| ) | |
| Plaintiff, ) | DATE: March 28, 2008 |
| ) | TIME: 2:30 P.M. |
| v. ) | |
| ) | MOTION FOR ORDER |
| VICTOR JOAQUIN CORDOVA, ) | TO SHORTEN TIME |
| ) | |
| Defendant. ) | |
| ) | |

    The above-named defendant, by and through counsel, moves this Court for an order shortening time in the attached *Motions* to four (4) days, to be heard March 28, 2008, at 2:30 p.m. or as soon thereafter as counsel may be heard.

                                            Respectfully submitted,

                                                  /s/

DATED: March 24, 2008                JODI THORP
                                                        Counsel for Mr. Cordova