JODI DENISE THORP
California Bar 223663
427 "C" Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169 ext. 14
jodithorp@thorplawoffice.com

Counsel for Mr. Cordova

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3350-BTM |
| Plaintiff, ) | |
| ) | DATE: March 28, 2008 |
| v. ) | TIME: 2:30 P.M. |
| ) | |
| VICTOR JOAQUIN CORDOVA ) | |
| Defendant. ) | CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

DATED:    March 24, 2008                /s/ Jodi D. Thorp
                                        JODI D. THORP
                                        Counsel for Mr. Cordova