**JODI D. THORP**
California Bar No. 223663
427 "C" Street Suite 300
San Diego, California 92101
Telephone: (619) 233-3169 ext. 14
jodithorp@thorplawoffice.com

Counsel for Mr. Cordova

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | U.S.D.C. No. 07CR3350-BTM |
| Plaintiff, | Date: March 28, 2008 |
| v. | Time: 2:30 p.m |
| VICTOR JOAQUIN CORDOVA, | NOTICE OF MOTIONS AND MOTIONS TO: |
| Defendant. | (1) DISMISS INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY; |
| | (2) SUPPRESS EVIDENCE UNDER THE FOURTH AMENDMENT; |
| | (3) DISMISS INDICTMENT DUE TO VIOLATION OF FIFTH AND SIXTH AMENDMENT RIGHT TO COMPULSORY PROCESS; |
| | (4) SUPPRESS STATEMENTS; AND |
| | (5) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:   KAREN P. HEWIT, UNITED STATES ATTORNEY, AND
      PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY.

PLEASE TAKE NOTICE that on March 28, 2008, at 2:30 p.m., or as soon thereafter as counsel may be heard, Defendant Victor Cordova, by and through his attorneys, Jodi Thorp will ask this Court to enter an order granting the following motions.

**MOTIONS**

Defendant Victor Cordova, by and through his counsel, Jodi D. Thorp, Inc., moves this Court

pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

    (1)    Dismiss Indictment Due to Misinstruction of the Grand Jury;

    (2)    Suppress Evidence Under the Fourth Amendment;

    (3)    Dismiss Indictment Due to Violation of Fifth and Sixth Amendment Right to Compulsory Process;

    (4)    Suppress Statements; and

    (5)    Grant Leave to File Further Motions.

This motion is based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: March 24, 2008

*s/ Jodi Thorp*
**JODI THORP**
Counsel for Mr. Cordova