1 **JODI D. THORP**
California Bar No. 223663
2 427 "C" Street Suite 300
San Diego, California  92101
3 Telephone:  (619) 233-3169 ext. 14
jodithorp@thorplawoffice.com
4

5 Counsel for Mr. Cordova

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.D.C. No. 07CR3350-BTM |
| Plaintiff, | ) | Date: March 28, 2008 |
| v. | ) | Time: 2:30 p.m |
| VICTOR JOAQUIN CORDOVA, | ) | NOTICE OF FILING OF EXHIBITS IN SUPPORT OF MOTION TO DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY. |
| Defendant. | ) | |

TO:     KAREN P. HEWIT, UNITED STATES ATTORNEY, AND
        PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY.

PLEASE TAKE NOTICE that Mr. Cordova is attaching the following Exhibits in Support of his motion to dismiss the indictment due to misinstruction of the Grand Jury.

Respectfully submitted,

*s/ Jodi Thorp*
**JODI THORP**

Dated:  March 27, 2008

Counsel for Mr. Cordova