FILED

2008 MAR 28 AM 10:30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3350-BTM |
| Plaintiff, | |
| v. | |
| VICTOR JOAQUIN CORDOVA, | **ORDER TO SHORTEN TIME** |
| Defendant. | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for hearing the matter for the defendant's notice of motions and motions be shortened ~~to four (4) days,~~ to be heard March 28, 2008 at 2:30 p.m. or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: 3-27-08

HONORABLE BARRY TED MOSKOWITZ
United States District Judge