PS8a                                                                                                                            April 23, 2008

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

Report on Defendant Under Supervision

FILED
2008 APR 30 PM 12:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**Name of Defendant:** Cordova, Victor Joaquin (English)          **Dkt No.:** 07CR3350BTM-001

**Name of Judicial Officer:** The Honorable Barry Ted Moskowitz, U.S. District Judge

**Date Conditions Were Ordered:** November 13, 2007, before the Honorable Peter C. Lewis, U.S. Magistrate Judge

**Conditions of Release:** Restrict travel to Southern District of California; do not enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination both.

**Modification:** On December 13, 2007, the defendant was allowed to travel to Mexico for the Christmas and New Year's Holiday. On January 4, 2008, the defendant was ordered to submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drugs or alcohol.

**Date Released on Bond:** November 21, 2007

**Charged Offense:** Title 8, U.S.C., Section 1324(a)(1)(A)(ii): Illegal Transportation of Aliens

**Next Court Hearing:** May 15, 2008, at 10:00 a.m. for Motion Hearing/Trial Setting

**Asst. U.S. Atty.:** Peter J. Mazza          **Defense Counsel:** Jodi D. Thorp (appointed)
                                                                (619) 233-3169

**Prior Violation History:** None.

---

**NONCOMPLIANCE SUMMARY**

The defendant traveled to Northern California without permission from the Court due to a medical emergency. Mr. Cordova reports his wife had emergency surgery in Northern California and he accompanied her during that time. The defendant provided documentation from the hospital in Northern California which verifies his wife's medical emergency. Mr. Cordova was admonished for his violation and was reminded that he may not travel outside his restricted area without permission from the Court.

Additionally, the defendant indicates he was experiencing back pain and took the prescription medication Vicodin which is prescribed to his wife. Mr. Cordova was reprimanded for his violation and was advised that it is illegal to take prescription medication that is not prescribed to him.

**Name of Defendant:** Cordova, Victor Joaquin  April 23, 2008
**Docket No.:** 07CR3350BTM-001  Page 2

---

**U.S. Pretrial Services Officer Recommendation:**

Since the defendant's release from custody, he has reported as directed and has made all his court appearances. With this considered, Pretrial Services views the defendant as a minimal risk of non-appearance. At this time, we have no information which will indicate the defendant is a danger to the community. Computerized criminal records reveal no new arrests for the defendant since his release on bond. As Mr. Cordova was forthright regarding his violations, our office is requesting that no action be taken at this time. Our office will continue to monitor the defendant while on bond and report any violations forthwith.


Respectfully submitted:                     Reviewed and approved:

by  _____              _____
    Arturo Montaño                          Carlos Gutierrez
    United States Pretrial Services Officer Supervising U.S. Pretrial Services Officer
    (760) 335-3436

Attachments _____

**THE COURT ORDERS:**

   ✓   TAKE NO ACTION

   ____  Other _____

   _____

_____                4-26-08
The Honorable Barry Ted Moskowitz                Date
U.S. District Judge