PS 8B
(05/08)

FILED

July 21, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Cordova, Victor Joaquin (English)    **Dkt No.:** 07CR3350BTM-001

**Name of Judicial Officer:** The Honorable Barry Ted Moskowitz, U.S. District Judge

**Date Conditions Were Ordered:** November 13, 2007, before the Honorable Peter C. Lewis, U.S. Magistrate Judge

**Conditions of Release:** Not commit a federal, state, or local crime during the period of release; make all court appearances; restrict travel to the Southern District of California; do not enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination both.

**Modification:** On December 13, 2007, the defendant was allowed to travel to Mexico for the Christmas and New Year's Holiday. On January 4, 2008, the defendant was ordered to submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drugs or alcohol.

**Date Released on Bond:** November 21, 2007

**Charged Offense:** Title 8, U.S.C., Section 1324(a)(1)(A)(ii): Illegal Transportation of Aliens

**Next Court Hearing:** August 15, 2008, at 8:30 a.m. for sentencing

**AUSA:** Peter J. Mazza                **Defense Counsel**: Jodi D. Thorp (Appointed)
(619) 557-5610                          (619) 233-3169

**Prior Violation History:** In a letter dated April 23, 2008, your Honor was informed the defendant traveled to Northern California without permission due to a medical emergency. Mr. Cordova reported his wife had emergency surgery in Northern California and he accompanied her during that time. Additionally, your Honor was informed the defendant was experiencing back pain and he took the prescription medication Vicodin which is prescribed to his wife. Pretrial Services admonished the defendant for his violations and your Honor ordered no action as recommended by our office.

In a second letter dated June 25, 2008, your Honor was informed the defendant failed to appear at the state court for a hearing regarding "proof of enrollment at anger management" for a domestic violence case which occurred prior to the underlying federal case. At that hearing, the state court revoked the defendant's probation and issued a $2,500 warrant as the defendant failed to appear. As a result, the defendant was arrested on June 5, 2008, on the warrant and posted bond on that date. On June 9, 2008, the defendant appeared in state court and the warrant was recalled. The state court set an "anger management review hearing" for September 16, 2008. Our office reprimanded the defendant for his violation and your Honor ordered no action as recommended by Pretrial Services.

PS 8B
(05/08)

Name of Defendant: Cordova, Victor Joaquin (English)
Docket No.: 07CR3350BTM-001

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

PRAYING THE COURT WILL ORDER THE DEFENDANT TO COMPLETE AN OUT-PATIENT DRUG TREATMENT PROGRAM AS DIRECTED BY PRETRIAL SERVICES.

### CAUSE

On June 30, 2008, the defendant submitted a urine sample which tested positive for cocaine use. When confronted, Mr. Cordova stated he consumed a large amount of alcohol at a party and might have snorted cocaine. Mr. Cordova stated this was an isolated incident and assured this will not happen again. The defendant was remorseful and acknowledged he made a serious mistake. Mr. Cordova has agreed to attend an out-patient drug treatment program as directed by Pretrial Services. We would further note, the urine samples submitted by the defendant on July 7 and July 15, 2008, tested negative for illicit drug use.

Since the defendant's release from custody, he has reported as directed and has made all his court appearances for his federal case. With this considered, Pretrial Services views the defendant as a minimal risk of non-appearance. Outside the inherent nature of illicit drug use, we have no information which would indicate Mr. Cordova is a danger to the community. In light of the defendant's willingness to remain drug free and attend treatment, Pretrial Services respectfully recommends your Honor order the defendant to complete an out-patient drug treatment program as directed by Pretrial Services.

Pretrial Services contacted the sureties, Maria Jimenez and Diana Cordova, and they note no opposition to the modification. The defendant further does not oppose the modification and attorney Jodi Thorp has no opposition.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** July 21, 2008

Respectfully submitted:

by _/s/_
Arturo Montaño
United States Pretrial Services Officer
(760) 335-3436
Place: El Centro, California

Reviewed and approved:

_/s/_
Carlos Gutierrez
Supervising U.S. Pretrial Services Officer

PS 8B
(05/08)

Name of Defendant: Cordova, Victor Joaquin (English)
Docket No.: 07CR3350BTM-001

---

**THE COURT ORDERS:**

_____  AGREE, THE DEFENDANT IS ORDERED TO COMPLETE AN OUT-PATIENT DRUG TREATMENT PROGRAM AS DIRECTED BY PRETRIAL SERVICES.

✓ Other _Written consent of sureties, defendant and defense counsel is required_

---

_/s/ Barry Ted Moskowitz_
The Honorable Barry Ted Moskowitz
U.S. District Judge

7-23-08
Date